IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACI L. MACMANN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TROPICANA ST. LOUIS, LLC D/B/A LUMIERE PLACE CASINO & HOTELS,<br><br>Defendant. | Case No. 4:19-cv-00404-RWS |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff respectfully submits this motion for final approval of a class and collective action settlement pursuant to Federal Rule of Civil Procedure 23(e) and 29 U.S.C. § 216(b). This motion is unopposed by Defendant.

In support of this motion, Plaintiff submits a Memorandum of Law, which includes the Declaration of Alexander T. Ricke (Class Counsel), the Stueve Siegel Hanson LLP Firm Resume (Ex. 1 to the Ricke Declaration) and the Declaration of Jeffrey J. Mitchell of Analytics Consulting LLC (Settlement Administrator). Plaintiff has also submitted a Motion for Attorneys' Fees, Expenses, and Service Award and supporting Memorandum of Law contemporaneous with the filing of this motion.

For the reasons further described in the accompanying memorandum, this Court should grant Plaintiff's motion, approve the Settlement Agreement, award Class Counsel attorneys' fees and expenses as requested, and approve the service award as requested. Class Counsel will submit a Proposed Order Granting Final Approval of Class and Collective Action Settlement for the

Court's consideration to the Court's Chambers via e-mail in connection with the final approval hearing.

Dated: August 9, 2023

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**

Ryan L. McClelland, MO Bar No. 59343
Michael J. Rahmberg, *pro hac vice*
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: (816) 781-0002
Facsimile: (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By: */s/ Alexander T. Ricke*

**CLASS COUNSEL**